[Nos. 19330–9–I; 20295–2–I. Division One. December 12, 1988.]

*In the Matter of A.W.*

VICKI J. WETSCH, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 85–7–00768–7, Charles V. Johnson, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Coleman, A.C.J., and Grosse, J.

[No. 19933–1–I. Division One. December 12, 1988.]

RONALD ROSE, ET AL, *Appellants,* v. ROSEMARY O'HERN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 85–2–00352–0, Richard L. Pitt, J., entered December 10, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Grosse, J.

[Nos. 8931–2–III; 8878–2–III. Division Three. December 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES HENRY SHEPHARD, *Appellant.*

*In the Matter of the Personal Restraint of* JAMES HENRY SHEPHARD, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Ripple, J. Pro Tem. Now published at 53 Wn. App. 194.